


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: REQUEST FROM THE | § | |
| RUSSIAN FEDERATION FOR LEGAL | § | No. 3:08-MC-130-P |
| ASSISTANCE IN THE CRIMINAL | § | |
| MATTER OF CONNECTCOM LTD | § | |

## NOTICE OF COMPLETION OF COMMISSION

I, J. Mark Penley, Assistant United States Attorney for the Northern District of Texas, having been appointed Commissioner by Order of this Court filed on November 21, 2008, for the purpose of taking evidence in accordance with the request of the Government of the State if Israel, notify the Court that I have completed the requirements of such appointment to the extent possible.

Respectfully submitted,

3/17/09
Date

J. Mark Penley
Commissioner
Assistant United States Attorney
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8619
Facsimile: 214.767.2846
Mark.Penley@usdoj.gov

**Notice of Completion of Commission - Page Solo**